UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

JENISA ANGELES, on behalf of herself and
all others similarly situated,

          Plaintiffs,

    v.

SURESOURCE, LLC

          Defendant.

------------------------------------x

Index No.:1:20-cv-6521

**SO ORDERED:**

*/s/ George B. Daniels*
**George B. Daniels, U.S.D.J.**

Dated:   OCT 0 7 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 7 2020

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 7, 2020

          Respectfully Submitted,

          */s/ David Paul Force*
          David Paul Force
          **Stein Saks, PLLC**
          285 Passaic Street
          Hackensack, NJ 07601
          dforce@steinsakslegal.com
          Tel. 201-282-6500
          *Attorneys for Plaintiff*